UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

DEVONTE FRANCIS,

Defendant.

**ORDER**

25 Cr. 103 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      An arraignment and initial conference will take place on **March 25, 2025, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
           March 18, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge