UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | **ORDER** |
| DEVONTE FRANCIS, | 25 Cr. 103 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for July 1, 2025, at 10:30 a.m. is adjourned to **July 24, 2025, at 11:00 a.m.**

Upon the application of the Government, by and through Assistant United States Attorney Timothy Ly, and with the consent of the Defendant, Devonte Francis, by and through his counsel Eylan Schulman, the time between July 1, 2025, through July 24, 2025, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will provide the Government time to obtain further discovery at the request of defense counsel, it will allow defense counsel and the defendant time to complete review of discovery, and it will permit the parties to continue discussions regarding a potential pre-trial disposition of this case.

Dated:  New York, New York
       June 25, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge