

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 22, 2025

MEMO ENDORSED

*The application is denied. The Conference will proceed as scheduled.*

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: July 22, 2025

**BY ECF**

The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10601

Re:   *United States v. Devonte Francis*, 25 Cr. 103 (PGG)
      **Joint Request for Adjournment of Status Conference**

Dear Judge Gardephe:

The Government, with the consent of defense counsel, writes the Court to seek an adjournment of the status conference in the above-captioned case currently scheduled for July 24, 2025, to the morning of July 31, 2025, or to another time convenient to the Court after August 18, 2025. The parties have been engaged in good-faith discussions towards a potential pre-trial resolution. An adjournment would give the Government and defense counsel to conduct further research and continue discussing a potential pretrial resolution. For the same reasons, the Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Government has conferred with the defense counsel, which has consented to both requests.

Respectfully,

JAY CLAYTON
United States Attorney

by:  ___/s/_____
     Timothy Ly
     Assistant United States Attorney
     (212) 637-1062

Cc:   Eylan Schulman, Esq. (by ECF)