UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>DEVONTE FRANCIS,<br><br>Defendant. | **ORDER**<br><br>25 Cr. 103 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's conference, briefing concerning the Defendant's anticipated pre-trial motions will proceed on the following schedule:

- Defendant's motions are due by **September 22, 2025**;
- the Government's opposition brief is due by **October 14, 2025**;
- Defendant's reply, if any, is due by **October 21, 2025**.

Dated: New York, New York
       August 19, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge