UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DEVONTE FRANCIS,

Defendant.

**ORDER**

25 Cr. 103 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A conference will take place in this matter on **Thursday, December 11, 2025 at 3:00 p.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      December 9, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge