UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>DEVONTE FRANCIS,<br><br>Defendant. | **ORDER**<br><br>25 Cr. 103 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for January 15, 2026, at 10:00 a.m. is adjourned to **February 9, 2026, at 10:00 a.m.**

Upon the application of the Government, by and through Assistant United States Attorney Timothy Ly, and with the consent of the Defendant, Devonte Francis, by and through his counsel Eylan Schulman, the time between January 15, 2026, through February 9, 2026, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will permit the parties to continue discussions regarding a potential pre-trial disposition of this case.

Dated:  New York, New York
        January 14, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge