UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DEVONTE FRANCIS,

Defendant.

**ORDER**

25 Cr. 103 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A hearing pursuant to United States v. Fatico, 603 F.2d 1053 (2d Cir. 1979), will

be held in this matter on **May 12, 2026, at 10:00 a.m.**, in Courtroom 705 of the Thurgood

Marshall United States Courthouse, 40 Foley Square, New York, New York.

By **May 5, 2026**, the parties will submit a joint letter stating the number of

witnesses they intend to call and how long they expect the Fatico hearing to take.

Dated:  New York, New York
        April 13, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge