UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DEVONTE FRANCIS,

Defendant.

**ORDER**

25 Cr. 103 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Fatico hearing currently scheduled for May 12, 2026, at 10:00 a.m., is adjourned to **May 12, 2026, at 12:30 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        April 17, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge