UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DEVONTE FRANCIS,

Defendant.

**ORDER**

25 Cr. 103 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated in open court today at the conclusion of the Fatico hearing, the parties will submit post-hearing briefing addressing, inter alia, the following:

what the credible evidence demonstrates as to the events of September 17-18, 2024, including the Defendant's preparation and posting of the rap video, his coming into possession of a firearm, his conduct at the 133 Alexander Avenue deli, the conduct of the shooting victims, and the actual shooting;

what provision of the Sentencing Guidelines this Court should apply as a cross-reference pursuant to U.S.S.G. § 2K2.1(c)(1)(A) when calculating the offense level for the Defendant's offense. See U.S.S.G. § 2K2.1(c)(1)(A) (discussing determination of offense level where a defendant uses a firearm in connection with the commission of another offense);

whether this Court should look to federal or New York law in determining whether the Defendant's conduct amounts to attempted first degree murder, attempted second degree murder, or aggravated assault as those terms are used in U.S.S.G. § 2A2.1 and § 2A2.2;

what the elements are of these offenses under the applicable law; and

how the evidence demonstrates or does not demonstrate that the Defendant committed attempted first degree murder, attempted second degree murder, or aggravated assault under U.S.S.G. § 2A2.1 and § 2A2.2.

All arguments as to the law must be supported by cited precedent.

The Government's briefing is due on **May 27, 2026;** Defendant's briefing is due on **June 26, 2026,** and any reply will be filed by **July 6, 2026**.

Dated: New York, New York
       May 13, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge